JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN AND ANNA RIEDEL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JP CHASE BANK, EMC ) <br> MORTGAGE AND DOES 1 ) <br> THROUGH 10 INCLUSIVE, ) <br> ) <br> Defendants. ) <br> _____ | Case No. EDCV 12-00662 VAP (SPx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: December 18, 2012

                                              VIRGINIA A. PHILLIPS <br>
                                        United States District Judge